

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00037-CR

George Cristobal **RIVAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 412633
Honorable Timothy Johnson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 23, 2014.

Karen Angelini, Justice